Application denied. There is no right to counsel for applications under 18 USC 3582(c), although Mr. Guzman Castillo is free to make such an application on his own. I do not understand what relief he would seeking, as it appears that the California judge, despite my view that the California sentence should be consecutive, has ruled that it is concurrent. But should he make an application, he can spell out what exactly he is asking. The Clerk of Court is respectfully directed to send a copy of this endorsement to Mr. Guzman Castillo.

SO ORDERED.

*Cathy Seibel*  5/5/22
CATHY SEIBEL, U.S.D.J.

BERNARDO GUZMAN CASTILLO
REG. No: 85796-054
P.O. BOX 5010
OAKDALE LA 71463

CASE NO.: 7:19-CR-00147(CS)

DEAR CLERK OF THE COURT,

ENCLOSED PLEASE FIND MY MOTION TO APPOINT COUNSEL TO BE FILED IN THE COURT.

I HAVE ALSO INCLUDED A COPY OF SAID MOTION WITH THE REQUEST FOR YOU TO STAMP IT "FILED" AND "DATE" AND RETURNED TO ME FOR MY RECORDS. I HAVE INCLUDED A SELF-ADDRESS STAMPED ENVELOPE FOR YOUR CONVINIENCE.

ALSO I ASK YOU TO PLEASE NOTIFY ALL OTHER INTERESTED PARTIES TO THESE PROCEEDINGS. I DID SEND A COPY TO THE U.S. ATTORNEY'S OFFICE. I THANK YOU IN ADVANCE FOR ALL YOUR HELP.

DATE: 4-24-2022

SINCERELY,

Bernardo C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA )
)
v. )    Case No.: 7:19-CR-00147 (CS)
)
BERNARDO GUZMAN CASTILLO )

## MOTION FOR APPOINTMENT OF COUNSEL

Comes now, Bernardo Guzman Castillo, ("Movant"), a federal prisoner proceeding **Pro Se,** in necessity, and hereby invokes his First Amendment right to access this Honorable Court to redress a grievance. In addition, Movant also invokes hisFourteenth Amendment Rightfor equal protection under the law for due process under the the Sixth Amendment.

In these pleading, Movant, moves this Honorable Court to appoint counsel to assist Movant to research and prepare a motion to petition this Honorable Court for re-sentencing, pursuant to 18 U.S.C. 3582(c). Movant's request for re-sentencing stems from the fact that on the date this Honorable Court sentenced Movant to 72 months it did order this sentence to run **CONSECUTIVE** with a pending State of California criminal case, that had yet to be resolved. When movant was sentenced by the State of California it ordered his sentence to run **CONCURRENT** with his prior federal sentence. Movant is in need of appointed counsel to properly reseach and prepare a motion petitioning this Honorable Court for re-sentencing to allow movant's federal sentence to run **CONCURRENT**to his State of California sentence.

Movant is a "Layperson" and is untrained in the science of law, therefore, will be at an unjustly disadvantage if left on his own to petition this Honorable Court with a motion pursuant to 18 U.S.C. 3582(c) for a re-sentencing of his current consecutive federal sentence.

1

Movant lacks the necessary skills and language tools required to properly prepare the necessary motion required for a re-sentencing by this Honorable Court.

Without the assistance of comptent counsel, Movant will be left to navigate the complexities of the legal system alone, which would amount to a manifest of unjustice.

Movant respectfully request an order appointing counsel to assist him in preparation of a Motion for Reduction of Sentence/Re-Sentencing pursuant to 18 U.S.C. 3582(c), to maintain the integrety of Justice, and to effectively and properly prepare the forementioned motion for reduction in sentence/re-sentencing.

Wherefore, Movant, Bernardo Guzman Castillo, hereby respectfully moves this Honorable Court to **GRANT** this Motion to Appoint Counsel under the Criminal Justice Act, pursuant to !* U.S.C. 3006A, to assist him with this nedessary court filing.

Respectfully Submitted,

Date:

Bernardo GC
Bernardo Guzman Castillo, **PRO SE**
Reg.No.: 85796-054
F.C.I. 2
P.O. Box 5010
Oakdale LA 71463

2

## CERTIFICATE OF SERVICE

I, Bernardo Guzman Castillo, do certify that I have served this Motion for Appointment of Counsel upon the Clerk of the Court to be filed and submitted upon this Court for review and ruling. I submitted this motion in the prison mail service, to be delivered to the U.S. Postal service, and delivered to the Court, on April 24th of 2022.

Further, I request that it be noticed that I have served a copy of said motion to the U.S. Attorney's office. But I request that the Clerk of the Court forward a copy to all interested parties, via CM/ECF, as I am indigent, detained and have no other means to do so myself.

Respectfully Submitted,

Date: 4-24-2022

_Bernardo GC_
Bernardo Guzman Castillo, **Pro Se**

Roman Castillo
85-054
F.C.I. 2
P.O. Box 5010
Oakdale LA 71463

RECEIVED
2022 APR 28 PM 2:32
CLERKS OFFICE
SDNY



7021 0950 0001 9098 1088

Crim. J&R
Dkt

US District Court
Clerk of the Court
500 Pearl St
New York NY 10007-1312